# FEDERAL COURT

## No. 656

### CONE v. MACHINE COMPANY

U. S. Court of Appeals, 6th Circuit, June 30, 1927.

1085. SERVICE OF PROCESS—Service of machine by employee of manufacturer located in another state constitutes doing business within State for purpose of service of process.

Employee did not install machine, but visited plant with more or less frequency to service it and his work was held to constitute doing business within the State for the purpose of service of process.

## No. 657

### KELLEY v. N. & W. RY. CO.

U. S. Court of Appeals, 6th Circuit, June 10, 1927.

458. EMPLOYER'S LIABILITY — Train man working empties may maintain action under Federal Employer's Liability Act.

Member of train crew injured while working empty cars, where interstate movement of cars was incidental to construction work, may maintain action for injury under Federal Employer's Liability Act.